UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 8:24-cr-77-VMC-NHA
21 U.S.C. § 841(a)(1)
18 U.S.C. § 924(c)
LEWIS JAMES SCOTT  18 U.S.C. § 922(g)

## INDICTMENT

The Grand Jury charges:

### COUNT ONE

FEB 27 2024 PM 12:59
FILED - USDC - FLMD - TPA

On or about September 4, 2023, in the Middle District of Florida, the defendant,

LEWIS JAMES SCOTT,

did knowingly and intentionally possess with intent to distribute a controlled substance, which violation involved a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

In violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C).

### COUNT TWO

On or about September 4, 2023, in the Middle District of Florida, the defendant,

LEWIS JAMES SCOTT,

did knowingly possess a firearm in furtherance of a violation of a drug trafficking crime for which the defendant may be prosecuted in a Court of the United States,

specifically, possession of a controlled substance with intent to distribute as alleged in Count One above; Count One being incorporated by reference.

In violation of 18 U.S.C. §§ 924(c)(1)(A)(i) and 2.

### COUNT THREE

On or about September 4, 2023, in the Middle District of Florida, the defendant,

### LEWIS JAMES SCOTT,

knowing that he had been previously convicted in any court of a crime punishable by imprisonment for a term exceeding one year, including the following offense:

Tampering with Physical Evidence, on July 12, 2018;

did knowingly possess, in and affecting interstate and foreign commerce, a firearm and ammunition, to wit: a Smith and Wesson, Model M&P Bodyguard, .380 with serial number KFV5958, and three rounds of CBC .380 caliber ammunition.

All in violation of 18 U.S.C. §§ 922(g) and 924(a)(8).

### FORFEITURE

1.	The allegations contained in Counts One through Three are incorporated by reference for the purpose of alleging forfeiture pursuant to the provisions of 18 U.S.C. § 924(d), 21 U.S.C. § 853 and 28 U.S.C. § 2461(c).

2.	Upon conviction of 21 U.S.C. § 841(a)(1), the defendant shall forfeit to the United States, pursuant to 21 U.S.C. § 853(a)(1) and (2), any property constituting, or derived from, any proceeds the defendant obtained, directly or

indirectly, as a result of such violation, and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such violation.

3. Upon conviction of a violation of 18 U.S.C. § 922(g), the defendant shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), all firearms involved in or used in the violation.

4. The property to be forfeited includes, but is not limited to, a Smith and Wesson, Model M&P Bodyguard, .380 with serial number KFV5958, and CBC .380 caliber ammunition, seized on or about on or about September 4, 2023.

5. If any of the property described above, as a result of any acts or omissions of the defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the Court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property, which cannot be divided without difficulty,

the United States shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c).

A TRUE BILL,

███████████████████████

Foreperson

ROGER B. HANDBERG
United States Attorney

By: _____
Samantha J. Newman
Assistant United States Attorney

By: _____
For:
Michael C. Sinacore
Assistant United States Attorney
Deputy Chief, Violent Crimes and Narcotics Section

FORM OBD-34
February 24

No.

# UNITED STATES DISTRICT COURT
## Middle District of Florida
### Tampa Division

THE UNITED STATES OF AMERICA

vs.

LEWIS JAMES SCOTT

INDICTMENT

Violations: 21 U.S.C. § 841(a)(1)
18 U.S.C. § 924(c)
18 U.S.C. § 922(g)

A true bill,

_____
Foreperson

Filed in open court this 27th day

of February 2024.

_____
Clerk
Sarah Toombs

Bail $_____

GPO 863 525